| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | GARY M. LEUIS<br>Special Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-po-00007-SAB |
| Plaintiff, | [Citation #6599948 CA/59] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| HUNTER DARONE, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-po-00007-SAB [Citation #6599948 CA/59] against HUNTER DARONE without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 19, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Gary M. Leuis
GARY M. LEUIS
Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:19-po-00007-SAB [Citation #6599948 CA/59] against HUNTER DARONE be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 19, 2019**

_____
UNITED STATES MAGISTRATE JUDGE